**1218**

COM.

v.

**LEAMY, D.**

**2637 EDA 2015**

Superior Court of Pennsylvania.

05/16/2017

CP–51–CR–0008236–2013
(Philadelphia)

Affirmed

COM.

v.

**GONZALEZ, J.**

**2653 EDA 2015**

Superior Court of Pennsylvania.

05/16/2017

CP–51–CR–0000746–2015
(Philadelphia)

Affirmed

COM.

v.

**ECHOLS, L.**

**2644 EDA 2015**

Superior Court of Pennsylvania.

05/16/2017

CP–51–CR–0907531–2005
(Philadelphia)

Affirmed

COM.

v.

**JENKINS, M.**

**3451 EDA 2015**

Superior Court of Pennsylvania.

05/16/2017

CP–51–CR–0014283–2011
(Philadelphia)

Affirmed